1  CIRO HERNANDEZ, ESQ.
   CA Bar No. 174791
2  Attorney at Law
   551 Third Avenue
3  Chula Vista, Ca 91910
   Tel.: (619) 266-0389
4

5  Attorney for the Material Witness(es)

6

7                    UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )    CASE NO. **07cr3433**
                                )
10                              )    ORDER TO EXONERATE THE
           vs                   )    APPEARANCE BOND FOR THE
11                              )    MATERIAL WITNESS AND
                                )    DISBURSE REGISTRY FUNDS
12    Pablo JIMENEZ-Quintero    )
                                )
13  _____)

14                              ORDER

15     **It Is Ordered** that the personal surety bond which secured the presence of material witness,

16  **Pilar Rosas-Hernandez ,** is exonerated.

17

18

19  **It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the

20  Registry of the Court to the Surety:

21

22              Cipriano Servin
                840 Third Ave, Apt 11
23              Chula Vista, Ca 91911-1326

24

25  Dated: February 5, 2008

26                                          UNITED STATES MAGISTRATE JUDGE

27

28                          **07cr3433**