1 **GREGORY T. MURPHY**
California State Bar No. 245505
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 E-Mail: gregory_murphy@fd.org

5 Attorneys for Pablo Jimenez-Quintero

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 07CR3433-BTM |
| 12     Plaintiff, | |
| 13 v. | **JOINT MOTION TO CONTINUE HEARING DATE** |
| 14 PABLO JIMENEZ-QUINTERO, | |
| 15     Defendant. | |

17     Good cause appearing therefor, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Gregory T. Murphy and Federal Defenders of San Diego, Inc., counsel for Pablo Jimenez-Quintero, along with Assistant United States Attorney Carlos Cantu, that the hearing currently scheduled for April 18, 2008 be rescheduled to **Thursday, May 15, 2008, at 9:30 a.m.**

21     **IT IS SO STIPULATED.**

22 DATED:     April 16, 2008         /s/ Gregory T. Murphy
                                                                         **GREGORY T. MURPHY**
23                                                                          Federal Defenders of San Diego, Inc.
                                                                         Attorneys for Pablo Jimenez-Quintero

25 DATED:     April 16, 2008         /s/ Carlos Cantu
                                                                         **CARLOS CANTU**
26                                                                          Assistant United States Attorney