1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Pablo Jimenez-Quintero

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE BARRY T. MOSKOWITZ)**

11 | UNITED STATES OF AMERICA, | ) | Case No. 07CR3433-BTM |
   |                            | ) |                        |
12 | Plaintiff,                 | ) |                        |
   |                            | ) |                        |
13 | v.                         | ) | **CERTIFICATE OF SERVICE** |
   |                            | ) |                        |
14 | PABLO JIMENEZ-QUINTERO,    | ) |                        |
   |                            | ) |                        |
15 | Defendant.                 | ) |                        |
16 |_____| ) |                        |

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                  Efile.dkt.gc2@usdoj.gov; and
20
                         Ciro Hernandez
21              cirolaw@aol.com,karmingia@aol.com

22                              Respectfully submitted,

24 DATED:    April 16, 2008              /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
25                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Pablo Jimenez-Quintero