UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3433-BTM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER CONTINUING** |
| ) | **HEARING DATE** |
| PABLO JIMENEZ-QUINTERO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for April 18, 2008, be rescheduled to Thursday, May 15, 2008, at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: April 16, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge